677

Argued and submitted June 30, reversed and remanded with instructions on appeal; affirmed on cross-appeal November 17, 1993, reconsideration denied May 4, petition for review pending 1994

STATE ACCIDENT INSURANCE FUND
CORPORATION (SAIF),
*Respondent - Cross-Appellant,*

*v.*

Steven A. DeSHAW, D.C.,
and Steven A. DeShaw, D.C., P.C.,
an Oregon professional corporation,
both doing business as
Northwood Family Chiropractic Clinic,
*Appellants - Cross-Respondents.*

(90C-10485; CA A74839)

863 P2d 513

Anthony A. Allen argued the cause for appellants - cross-respondents. With him on the briefs was Gatti, Gatti, Maier, Jackson & LeDoux.

Jas. Adams, Assistant Attorney General, argued the cause for respondent - cross-appellant. With him on the briefs were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

On appeal, reversed and remanded with instructions to dismiss claim for money had and received; affirmed on cross-appeal. *SAIF v. Anderson,* 124 Or App 651, 863 P2d 509 (1993).